**[ORAL ARGUMENT HELD OCTOBER 24, 2016]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

METLIFE, INC.,

    Plaintiff-Appellee,

  v.

FINANCIAL STABILITY
OVERSIGHT COUNCIL,

    Defendant-Appellant.

No. 16-5086

**METLIFE, INC.'S OPPOSITION TO MOTION OF
BETTER MARKETS, INC., FOR LEAVE TO FILE A
BRIEF AS *AMICUS CURIAE***

Better Markets, Inc. has requested leave to file a second *amicus curiae* brief in connection with the request by MetLife, Inc. ("MetLife") that the Court hold this appeal in abeyance. Better Markets' request to file a second brief on the abeyance issue should be denied.

On April 24, MetLife moved the Court to hold this appeal in abeyance pending issuance of a report that the Secretary of the Treasury is expected to release by mid-October 2017 regarding the process by which the Financial Stability Oversight Council ("FSOC") designates nonbank systemically important financial institutions. MetLife Mot. to Hold Appeal in Abeyance (Apr. 24, 2017). In response, the government consented to a 60-day abeyance period. FSOC Resp. to Mot. (May 4,

2017). Before the Court acted on MetLife's motion, Better Markets filed a motion for leave to participate as *amicus curiae*, Better Markets Mot. to Participate as *Amicus Curiae* (May 8, 2017), which MetLife opposed because the Federal Rules of Appellate Procedure do not authorize *amicus* participation in connection with procedural motions and because the proposed brief was overlength, MetLife Opp. to Better Markets Mot. 2-4 (May 11, 2017). Although the Court granted Better Markets' motion, it also ordered a 60-day abeyance period and directed the parties to file additional procedural motions at the close of that period. Order of May 12, 2017.

Pursuant to the Court's Order, MetLife has filed a motion renewing its request that this appeal be held in abeyance pending issuance of the Treasury Secretary's forthcoming report. MetLife Mot. to Hold Appeal in Abeyance (July 6, 2017). The government, in turn, has consented to a continued abeyance of 30 days. FSOC Mot. to Hold Case in Abeyance (July 11, 2017). Once again, Better Markets has filed a motion for leave to participate as *amicus curiae* to oppose any abeyance period, and in its second motion, has added a request to disqualify the Department of Justice as counsel for FSOC. *See* Better Markets Mot. for Leave to File Br. as *Amicus Curiae* (July 25, 2017). Better Markets has submitted a 26-page proposed brief, accompanied by a 12-page motion for leave.

2

MetLife opposes Better Markets' submission of yet-another *amicus* brief for the reasons set forth in its opposition to Better Markets' prior motion for leave. *See* MetLife Opp. to Better Markets Mot. 2-4 (May 11, 2017). Better Markets already has had the opportunity to file an *amicus* brief in connection with MetLife's abeyance request; nothing more should be permitted. In the event the Court grants Better Markets' motion for leave to file its 26-page brief, MetLife respectfully requests leave to file a reply in support of its renewed abeyance motion within fourteen days of this Court's order granting Better Markets' motion, if MetLife determines that a reply is warranted.

## CONCLUSION

This Court should deny Better Markets' latest motion for leave to file an *amicus* brief for the reasons set forth in MetLife's opposition to Better Markets' prior motion. In the event the Court grants Better Markets' request, it should grant MetLife leave to file a reply in support of its abeyance motion to respond to Better Markets' *amicus* brief.

Dated:  July 31, 2017                    Respectfully submitted,

                                              <u>/s/ Eugene Scalia</u>
                                              Eugene Scalia
                                                 *Counsel of Record*
                                              Amir C. Tayrani
                                              Ashley S. Boizelle
                                              GIBSON, DUNN & CRUTCHER LLP
                                              1050 Connecticut Avenue, N.W.
                                              Washington, D.C.  20036
                                              Telephone:  (202) 955-8500
                                              Facsimile:  (202) 467-0539

                                              *Counsel for Appellee MetLife, Inc.*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A), because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 519 words, as determined by the word-count function of Microsoft Word 2016.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

Dated: July 31, 2017

     /s/ Eugene Scalia
Eugene Scalia
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

*Counsel for Appellee MetLife, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2017, I caused a copy of the foregoing Opposition to Motion of Better Markets, Inc., for Leave to File a Brief as *Amicus Curiae* to be served with the Clerk of the Court via the Court's CM/ECF filing system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

   /s/ Eugene Scalia
Eugene Scalia
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

*Counsel for Appellee MetLife, Inc.*