United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 16-5086                                              September Term, 2016

1:15-cv-00045-RMC

**Filed On:** August 2, 2017

MetLife, Inc.,

       Appellee

    v.

Financial Stability Oversight Council,

       Appellant

      **BEFORE:**    Srinivasan and Millett, Circuit Judges; Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of appellee's renewed motion to hold appeal in abeyance pending the Secretary of the Treasury's forthcoming report on the FSOC designation process; appellant's motion to hold case in abeyance for thirty additional days; and the motion of Better Markets for leave to file brief as *amicus curiae* in support of defendant-appellant, arguing for disqualification of the Department of Justice as counsel for defendant-appellant, appointment of independent counsel or *amicus curiae*, and denial of any further abeyance, the lodged brief *amicus curiae*, and appellee's opposition to the motion for leave to file a brief as *amicus curiae*, it is

**ORDERED** that the motion of Better Markets for leave to file brief as *amicus curiae* in support of appellant be denied. The Clerk is directed to note the docket accordingly. It is

**FURTHER ORDERED** that appellee's renewed motion to hold appeal in abeyance be granted, and this case remains in abeyance pending further order of the court. It is

**FURTHER ORDERED** that appellant's motion to hold case in abeyance for thirty additional days be denied.

The parties are directed to file motions to govern future proceedings in this case by November 17, 2017, or within 30 days of the issuance of the Secretary's report on the FSOC's designation process, whichever first occurs.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 16-5086**                                                              **September Term, 2016**

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

        BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk